| | |
|---|---|
| 1 | E. MARTIN ESTRADA |
| 2 | United States Attorney |
|   | DAVID M. HARRIS |
| 3 | Assistant United States Attorney |
| 4 | Chief, Civil Division |
|   | CEDINA M. KIM |
| 5 | Assistant United States Attorney |
| 6 | Senior Trial Attorney, Civil Division |
|   | PAUL SACHELARI, CSBN 230082 |
| 7 | Special Assistant United States Attorney |
| 8 |     Social Security Administration |
|   |     Office of Program Litigation, Office 7 |
| 9 |     6401 Security Boulevard |
| 10 |     Baltimore, MD 21235 |
|    |     Telephone: (510) 970-4853 |
| 11 |     Email: Paul.Sachelari@ssa.gov |
| 12 | |
|    | Attorneys for Defendant |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| ROBYN SCOPIS | No. 8:23-cv-02158-MRW |
| Plaintiff, | |
| v. | [~~PROPOSED~~] |
|    | JUDGMENT OF REMAND |
| MARTIN O'MALLEY, | |
| Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Remand for Further Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) and for Entry of Judgment in Favor of Plaintiff ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 4/15/2024

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE